# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swain, Laura T. | US District Court - Southern District of New York | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Havens Relief Fund Society |
| 2. | Trustee | Trust #1 (no reportable assets) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▨ (salary and benefits) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   New York County Lawyers Association | Engraved Glass Award | $700.00 (estimated) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   HSBC Bank (cash) | A | Interest | K | T | | | | | |
| 3.   Citibank (cash) | A | Interest | J | T | | | | | |
| 4.   Synchrony Bank (cash) | A | Interest | J | T | | | | | |
| 5.   ▓▓▓▓▓ Employees Stock Ownership Plan (no control) | A | Dividend | K | T | | | | | |
| 6.   IRA #1 (H) | | | | | | | | | |
| 7.   Schwab Cash Reserves Sweep Shares (SWSXX) (cash) | A | Dividend | | | Closed | 03/25/19 | K | | |
| 8.   Schwab Government Money Fund (SWGXX) | A | Dividend | J | T | Open | 03/26/19 | K | | |
| 9.   Aberdeen Standard Physcl Swiss Gld ETF (SGOL) | | None | J | T | Buy | 10/03/19 | J | | |
| 10.   Fidelity MSCI Industrials (FIDU) | A | Dividend | J | T | | | | | |
| 11.   Fidelity MSCI Comm SRV Index (FCOM) | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 12. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 13. | | | | | Sold (part) | 09/20/19 | J | | |
| 14.   Fidelity MSCI Cons Discr (FDIS) | A | Dividend | J | T | Sold (part) | 09/20/19 | J | | |
| 15. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 16.   Fidelity MSCI Cons Stpls (FSTA) | A | Dividend | J | T | Buy (add'l) | 08/14/19 | J | | |
| 17. | | | | | Sold (part) | 11/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity MSCI Financials (FNCL) | A | Dividend | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 19. | | | | | | Sold | 09/06/19 | J | | |
| 20. | Fidelity MSCI Health (FHLC) | A | Dividend | J | T | Sold<br>(part) | 08/14/19 | J | | |
| 21. | Fidelity MSCI Infor Tech (FTEC) | A | Dividend | K | T | Sold<br>(part) | 09/20/19 | J | | |
| 22. | | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 23. | Flexshares Exg Trd FD IBOXX 5 yr TGT<br>Dur TIPS Index Fund (TDTF) | | None | | | Sold | 03/06/19 | J | | |
| 24. | Invesco Optimum Yield (formerly<br>Powershares DB Optm Yld ETF) (PDBC) | A | Dividend | K | T | Buy<br>(add'l) | 09/06/19 | J | | |
| 25. | | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 26. | Invesco Senior Loan (formerly Powershares<br>Senior Loan ETF) (BKLN) | | None | | | Sold | 03/06/19 | J | | |
| 27. | Ishares Intermediate-Term (IGIB) | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 28. | IShares Bond ETF Agency Bond (AGZ) | A | Dividend | J | T | | | | | |
| 29. | Ishares Broad Usd Hg Yld (USHY) | A | Dividend | J | T | Buy | 03/06/19 | J | | |
| 30. | IShares CMBS ETF (CMBS) | A | Dividend | J | T | | | | | |
| 31. | Ishares Currency Holdings MSCI (HEZU) | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 32. | IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 33. | SPDR Bloomberg Barclays Intl Treasury<br>ETF (BWX) | | None | | | Buy | 08/14/19 | J | | |
| 34. | | | | | | Sold | 10/03/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Dow Jones REIT (RWR) | A | Dividend | K | T | Sold (part) | 01/07/19 | J | | |
| 36. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 37. | | | | | Sold (part) | 05/01/19 | J | | |
| 38. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 39. | | | | | Sold (part) | 09/20/19 | J | | |
| 40. SPDR Intrmdt Trm Crprate Bnd ETF (SPIB) | A | Dividend | J | T | Sold (part) | 09/20/19 | J | | |
| 41. SPDR Long Term Treasury (SPTL) | A | Dividend | J | T | Sold (part) | 03/06/19 | J | | |
| 42. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 43. | | | | | Sold (part) | 11/06/19 | J | | |
| 44. SPDR Small Cap ETF (SPSM) | A | Dividend | K | T | Buy (add'l) | 03/06/19 | J | | |
| 45. | | | | | Sold (part) | 09/20/19 | J | | |
| 46. | | | | | Sold (part) | 10/03/19 | J | | |
| 47. | | | | | Sold (part) | 11/06/19 | J | | |
| 48. Vaneck Vectors JP Morgan Local Currency (EMLC) | | None | | | Buy | 03/06/19 | J | | |
| 49. | | | | | Sold | 08/14/19 | J | | |
| 50. Vanguard Long Term Cor Bd ETF (VCLT) | A | Dividend | J | T | Sold (part) | 09/20/19 | J | | |
| 51. Vanguard FTSE ETF Dev Mkts (VEA) | B | Dividend | K | T | Buy (add'l) | 03/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 54. | | | | | Sold<br>(part) | 08/14/19 | J | | |
| 55. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 56. | | | | | Sold<br>(part) | 10/03/19 | J | | |
| 57. Vanguard FTSE Emerging Mkts (VWO) | A | Dividend | J | T | Buy<br>(add'l) | 03/06/19 | J | | |
| 58. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 60. Vanguard Intermediate Term Gov ETF (VGIT) | A | Dividend | | | Sold<br>(part) | 09/20/19 | J | | |
| 61. | | | | | Sold | 11/06/19 | K | | |
| 62. Vanguard Large Cap ETF (VV) | A | Dividend | J | T | Buy<br>(add'l) | 09/06/19 | J | | |
| 63. | | | | | Sold | 10/03/19 | J | | |
| 64. | | | | | Buy | 11/06/19 | J | | |
| 65. Vanguard Mtrg-Backd ETF Mortg-Backed Secs (VMBS) | A | Dividend | J | T | Sold<br>(part) | 09/20/19 | J | | |
| 66. | | | | | Sold<br>(part) | 11/06/19 | J | | |
| 67. IRA #2 (H) | | | | | | | | | |
| 68. Western Asset Instl Govt (INGXX) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. IShares Gold TR (IAU) | | None | J | T | Buy | 10/07/19 | J | | |
| 70. IShares TR Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 71. | | | | | Sold (part) | 06/17/19 | J | A | |
| 72. IShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 73. | | | | | Sold (part) | 05/07/19 | J | A | |
| 74. | | | | | Sold (part) | 06/17/19 | J | A | |
| 75. Ishares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | | |
| 76. IShares TR MSCI All Country Asia (AAXJ) | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 77. | | | | | Sold (part) | 06/17/19 | J | | |
| 78. IShares TR JPMorgan Emerging Mkts (EMB) | A | Dividend | J | T | | | | | |
| 79. Pimco ETF TR Enhanced Short Mat (MINT) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 80. Vanguard Bd Index Fds (BND) | A | Dividend | K | T | Sold (part) | 01/16/19 | J | | |
| 81. | | | | | Sold (part) | 09/04/19 | J | A | |
| 82. | | | | | Sold (part) | 10/07/19 | J | A | |
| 83. Vanguard Tax Managed Intl (VEA) | B | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 84. | | | | | Sold (part) | 02/28/19 | J | | |
| 85. | | | | | Sold (part) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard Charlotte Fds (BNDX) | A | Dividend | J | T | Sold<br>(part) | 09/04/19 | J | A | |
| 87. Vanguard Intl Equity Index (VWO) | A | Dividend | K | T | Sold<br>(part) | 01/16/19 | J | | |
| 88. | | | | | Sold<br>(part) | 02/28/19 | J | | |
| 89. IShares TR Short-Term Corp BD (IGSB) | | None | | | Sold<br>(part) | 05/07/19 | J | A | |
| 90. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 91. | | | | | Sold | 10/07/19 | J | A | |
| 92. IRA #3 (H) | | | | | | | | | |
| 93. Western Asset Instl Govt (INGXX) (Y) | | | | | | | | | |
| 94. IShares Gold TR (IAU) | | None | J | T | Buy | 10/07/19 | J | | |
| 95. IShares TR Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Sold<br>(part) | 06/17/19 | J | A | |
| 96. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 97. IShares TR Russell 1000 Growth ETF<br>(IWF) | A | Dividend | L | T | Sold<br>(part) | 05/07/19 | J | A | |
| 98. | | | | | Sold<br>(part) | 06/17/19 | J | A | |
| 99. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 100. Ishares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | Sold<br>(part) | 01/16/19 | J | A | |
| 101. IShares TR MSCI All Country Asia (AAXJ) | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 102. | | | | | Sold<br>(part) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares TR JPMorgan Emerging Mkts (EMB) | A | Dividend | J | T | Sold (part) | 05/07/19 | J | A | |
| 104. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 105. | | | | | Sold (part) | 10/07/19 | J | A | |
| 106. Pimco ETF TR Enhanced Short Mat (MINT) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 107. | | | | | Sold (part) | 02/28/19 | J | A | |
| 108. Vanguard Bd Index Fds (BND) | A | Dividend | K | T | Sold (part) | 01/16/19 | J | | |
| 109. | | | | | Sold (part) | 09/04/19 | J | A | |
| 110. | | | | | Sold (part) | 10/07/19 | J | A | |
| 111. Vanguard Tax Managed Intl (VEA) | B | Dividend | L | T | Buy (add'l) | 10/07/19 | J | | |
| 112. | | | | | Sold (part) | 06/17/19 | J | A | |
| 113. Vanguard Charlotte Fds (BNDX) | A | Dividend | J | T | Sold (part) | 09/04/19 | J | A | |
| 114. Vanguard Intl Equity Index (VWO) | A | Dividend | K | T | Sold (part) | 01/16/19 | J | A | |
| 115. | | | | | Sold (part) | 02/28/19 | J | A | |
| 116. IShares TR Short-Term Corp BD (IGSB) | A | Dividend | | | Sold (part) | 05/07/19 | J | A | |
| 117. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 118. | | | | | Sold | 10/07/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5: The investments of this ESOP, which was established in 2009, are not participant-directed. The information reported is the most recent available information, which is as of 12/31/2016.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Laura T. Swain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544